IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No.  L-04-216 (1) |
| | § | C.A. No. C-06-421 |
| EDGAR CONTRERAS-MARTINEZ, | § | |
| | § | |
| Defendant/Movant. | § | |

## **FINAL JUDGMENT**

The Court enters final judgment denying defendant Edgar Contreras-Martinez's

motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

Ordered this 30th day of March, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE